JACK R. WILKERSON (SBN 68025)
Attorney at Law
3500 Orangewood Ave.
Orange, California 92868
(714) 917-6080 Fax (714) 459-7882
email: jack@jwatty.com

Attorney for Plaintiffs

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AIRCONDITIONING AND REFRIGERATION INDUSTRY HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE AIRCONDITIONING AND REFRIGERATION INDUSTRY RETIREMENT TRUST FUND; BOARD OF TRUSTEES OF THE AIRCONDITIONING AND REFRIGERATION INDUSTRY DEFINED CONTRIBUTION RETIREMENT PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>INNOVATIVE AIR, INC.; KRISTOFER DANE SORENSEN; AND, DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. 8:15-cv-100-AG-JCG<br><br>JUDGMENT PURSUANT TO STIPULATION |

Pursuant to the Stipulation for Judgment by and between plaintiffs, Board of Trustees of the Airconditioning and Refrigeration Industry Health and Welfare Trust Fund ("Health Fund"), Board of Trustees of the Airconditioning and Refrigeration Industry Retirement Trust Fund ("Retirement Fund"), Board of Trustees of the Airconditioning and Refrigeration Industry Defined Contribution Retirement Plan ("401(k) Plan") (Collectively "Local Funds") and defendants, Innovative Air, Inc. and Kristofer Dane Sorensen, (collectively "Defendants"), the

-1-

Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. That Defendants are indebted to the Local Funds in the amount of $22,279.22. Said amount is comprised of the balance of contributions for the work months of November 2010 through November 2011in the amount of $10,801.55; a balance of $1,425.96 from the payroll audit conducted for the work months of April 1, 2007 through September 30, 2010; liquidated damages for the work months of November 2010 through November 2011 in the amount of $3,232.74; interest at 12% per annum for the work months of November 2010 through November 2011 in the amount of $318.97 as of May 1, 2017; a delinquency bond in the amount of $3,000; and, reimbursement of plaintiffs' reasonable attorney fees in the amount of $3,500.

2. That, based on the foregoing, Judgment is entered in this case in favor of the Local Funds and against Defendants, Innovative Air, Inc. and Kristofer Dane Sorensen, jointly and severally, in the amount of $22,279.22, together with post-Judgment interest thereon at the rate of 10% per annum as of the date of the Judgment.

3. That Defendants may satisfy the Judgment by paying a total of $7,776.35 to the Local Funds on or before October 15, 2015. If Defendants fail to pay the amounts set forth above on or before October 15, 2015 the full amount of the Judgment stated in paragraph 2 above must be paid in order to satisfy the Judgment entered herein.

4. That in the event Defendants, and any of them, fail to comply with any of the provisions of the Stipulation for Judgment, the entire amount of the Judgment in favor of the Local Funds, less any payments actually received at the time of such default, shall become immediately due and payable to the Local Funds Defendants, plus interest on such unpaid amounts at the annual rate of ten percent.

5. This court may retain jurisdiction over this matter until the Judgment is satisfied to enforce the terms of the Judgment entered herein, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of Judgment based upon additional sums owed to the plans by defendants. Supplemental Judgments may be entered

in this action against defendants and in favor of plaintiffs for such sums as may be determined and established upon application to the court by declaration and noticed motion.

**IT IS SO ORDERED.**

Dated:9/21/15

_____
Andrew J. Guilford
United States District Judge